## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                            **PLAINTIFF**

v.                                          **No. 3:15-cv-274-DPM**

**JOEY MARTIN, Jail Administrator, Poinsett**
**County Detention Center; PHILLIS CRAFT,**
**Cook, Poinsett County Detention Center; and**
**DOE, Wonda, Cook, Poinsett County**
**Detention Center**                                                   **DEFENDANTS**

### ORDER

Addison moves to proceed *in forma pauperis* in this § 1983 case; but he
is a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, Addison had
at least five cases dismissed for failing to state a claim. *E.g., Addison v. Martin,*
3:15-cv-1-JM; *Addison v. Martin,* 3:15-cv-91-DPM; *Addison v. Martin,* 3:15-cv-96-
DPM; *Addison v. Doe,* 3:15-cv-121-DPM; and *Addison v. Muse,* 3:15-cv-133-JM.
And nothing in the complaint suggests that he's in imminent danger of
serious physical injury. *Ibid.* His application to proceed *in forma pauperis,* №
1, is therefore denied.

Addison's complaint will be dismissed without prejudice. An *in forma*
*pauperis* appeal from this Order and accompanying Judgment will not be
taken in good faith. 28 U.S.C. § 1915(a)(3). If Addison wants to pursue this

case, then he must pay $400.00 ( the filing fee and administrative fees) and file

a motion to reopen the case by 15 October 2015.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

15 September 2015