IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                              PLAINTIFF

v.                              No. 3:15-cv-274-DPM

JOEY MARTIN, Jail Administrator, Poinsett
County Detention Center; PHILLIS CRAFT,
Cook, Poinsett County Detention Center; and
DOE, Wonda, Cook, Poinsett County
Detention Center                                                     DEFENDANTS

JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2015